No. 04-6594. PERKINS v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04-6596. HARRIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04-6597. GREER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04-6598. · HOUGH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04-6605. PRATT v. LFG. C. A. 7th Cir. Certiorari denied.

No. 04-6612. ASH v. ASH ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04-6613. ANDERSON v. SIZER, COMMISSIONER, MARYLAND DIVISION OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04-6614. BURTON v. CLEVELAND OHIO EMPOWERMENT ZONE ET AL. C. A. 6th Cir. Certiorari denied.

No. 04-6615. LEWIS v. GASPAR. C. A. 9th Cir. Certiorari denied.